1  **WO**

2

3

4

5

6         IN THE UNITED STATES DISTRICT COURT

7          FOR THE DISTRICT OF ARIZONA

8

9  United States of America,    )   06-0162M
)
10       Plaintiff,      )   **ORDER**
)
11  vs.               )
)
12                )
Sergio Adab-Mondragon,   )
13                )
       Defendant.     )
14  _____)

15

16      This Court has received and considered Defendant's Motion To Extend Time To

17  Indict, Dkt #7.  The Motion will be denied for failing to comply with the requirements of 18

18  U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, <u>United States</u>

19  <u>v. Ramirez-Cortez</u>, 213 F.3d 1149 (9th Cir. 2000).

20      DATED this 26th day of April, 2006.

21

22

23             Lawrence O. Anderson
           United States Magistrate Judge

24

25

26

27

28